THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAREY W. FAUST,       :<br>                              :<br>    Plaintiff,            :<br>                              :      Civil Action<br>v.                           :      No. 5:05-cv-295 (CAR)<br>                              :<br>ALEXIS CHASE, *et al.*,  :<br>                              :<br>    Defendants.         :<br>_____ : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 21) that the Court deny Plaintiff's motion for preliminary injunction (Doc. 4). Plaintiff has entered his objections to the Recommendation. Upon review of the Recommendation, the Plaintiff's objections, and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and made the Order of the Court. In accordance with that Recommendation, the motion for preliminary injunction is hereby **DENIED**.

**SO ORDERED**, this 30th day of March, 2006.


                                        S/ C. Ashley Royal                    
                                        C. ASHLEY ROYAL
                                        UNITED STATES DISTRICT JUDGE

chw