IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAREY FAUST, | : |
| Plaintiff, | : Case No.: 5:05-cv-295 (CAR) |
| v. | : |
| ALEXIS CHASE et al., | : |
| Defendants. | : |

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 54] that this Court should grant Defendants' Motion for Summary Judgment [Doc. 41]. Plaintiff did not file any Objections to the Recommendation. After reviewing the Recommendation and the record, the Court agrees with the Magistrate Judge's Recommendation and finds that summary judgment in favor of Defendants is appropriate in this case. Accordingly, the Court **ADOPTS** the Recommendation and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED,** this 28th day of March, 2007.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE